# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| LYNDA HLYWIAK and § | | |
| MYRON HLYWIAK § | | PLAINTIFFS |
| § | | |
| v. § | Civil No. 1:16CV352-HSO-JCG | |
| § | | |
| GRAND CASINOS OF BILOXI, LLC § | | DEFENDANT |

## FINAL JUDGMENT

The claims of Plaintiffs Lynda Hlywiak and Myron Hlywiak against Defendant Grand Casinos of Biloxi, LLC, came on for trial before the Court and a jury on the 9th day of April, 2018, and concluded on the 11th day of April, 2018, Honorable Halil Suleyman Ozerden, United States District Judge, presiding. The issues having been duly tried and having heard all of the evidence and argument of counsel and receiving instructions of the Court, including a Special Verdict Form, the jury retired to consider the verdict.

The jury returned upon their oaths, into open Court, a unanimous verdict, finding in favor of Plaintiff Lynda Hlywiak on her negligence premise liability claim against Defendant Grand Casinos of Biloxi, LLC, and in favor of Plaintiff Myron Hlywiak on his loss of consortium claim against Defendant Grand Casinos of Biloxi, LLC.

The jury awarded Plaintiff Lynda Hlywiak $149,444.44 in actual economic damages and $250,000.00 in noneconomic damages and awarded Plaintiff Myron

-1-

Hlywiak $75,000.00 in noneconomic damages. The jury also unanimously determined that 40% fault should be assessed to Defendant Grand Casinos of Biloxi, LLC. In accordance with the jury's unanimous verdict,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that Plaintiff Lynda Hlywiak is awarded a judgment against Defendant Grand Casinos of Biloxi, LLC in the amount of $59,777.78 in actual economic damages and $100,000.00 in noneconomic damages, for a total judgment of $159,777.78, plus post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Final Judgment until paid in full.

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that Plaintiff Myron Hlywiak is awarded a judgment against Defendant Grand Casinos of Biloxi, LLC in the amount of $30,000.00 in noneconomic damages, plus post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Final Judgment until paid in full.

**IT IS, FURTHER, ORDERED AND ADJUDGED**, that in accordance with the jury's unanimous verdict and the Court's Order [42] entered on August 17, 2017, this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 12th day of April, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE